KIRKSVILLE MANOR, INC., d/b/a
Kirksville Manor Care Center,
Respondent,

v.

MISSOURI DEPARTMENT OF SOCIAL
SERVICES, DIVISION OF MEDICAL
SERVICES, Appellant.

No. WD 48548.

Missouri Court of Appeals,
Western District.

April 26, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 31, 1994.

Melanie Wilmes, Mo. Dept. of Social Services, Div. of Legal Services, Jefferson City, for appellant.

Harvey Tettlebaum, Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from the Circuit Court of Adair County, Missouri, reversing the Administrative Hearing Commission denying a rate increase to respondent. The circuit court's decision is affirmed. Rule 84.16(b).